# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand twenty-three.

_____

The A Star Group, Inc., DBA Timetrics, Samantha Siva Kumaran,

     Plaintiffs - Appellants,

v.

Northland Energy Trading, LLC, Hedge Solutions, Inc., Richard M. Larkin, Daniel Lothrop, Domenic Bramante,

     Defendants - Appellees.

_____

**ORDER**

Docket Nos. 21-797(L),
21-798(Con),
22-743(Con),
22-771(Con)

     IT IS HEREBY ORDERED that Appellant Samantha Siva Kumaran's motion to strike, to combine briefs, and to amend is DENIED as moot in light of the Court's December 13, 2023 Summary Order.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court